IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 10-__10043__-01,02,03-<u>JTM</u> |
| | ) | |
| JEFFREY A. CHILDS, | ) | Counts 1 - 3, 7 - 9 |
| CHRISTINA CHILDS, and | ) | 21 U.S.C. §841 |
| RONALD CHILDS, | ) | |
| | ) | Counts 4 and 10 |
| Defendants. | ) | 18 U.S.C. §924 |
| _____ | ) | |

Counts 5 and 11
18 U.S.C. §856

Count 6
18 U.S.C. §922

Forfeiture Allegations

## **INDICTMENT**

The Grand Jury charges:

### **Count 1**

On or about August 12, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and
CHRISTINA CHILDS,**

the defendants herein, did unlawfully, knowingly and intentionally possess with intent to

distribute 500 grams and more of a mixture and substance containing a detectable amount

of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

## Count 2

On or about August 12, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and**
**CHRISTINA CHILDS,**

the defendants herein, did unlawfully, knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

## Count 3

On or about August 12, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and**
**CHRISTINA CHILDS,**

the defendants herein, did unlawfully, knowingly and intentionally possess with intent to distribute 100 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

## Count 4

On or about August 12, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and
CHRISTINA CHILDS,**

the defendants herein, did knowingly possess a firearm, to wit, one 12 ga. Winchester shotgun (SN L629149), one 12 ga. Remington shotgun (SN X086257M), one 8 mm Mauser rifle (SN D8391 and D3719), one 410 ga. Harrington & Richardson shotgun (SN HM257867), one 9mm Hi-Point rifle (SN B29187), one .22 caliber Ruger rifle (SN 125-32583), one 12 ga. Mossberg shotgun (SN 805097), one 380 Remington pistol (SN PA26004), one 20 ga. New England shotgun (SN NF359871), one 410 ga. New England shotgun (SN NM312911), one 20 ga. Mossberg shotgun (SN K754186), one .22 caliber Marlin rifle (SN 3234707), one .357 Magnum Ruger pistol (SN 36-03984), one .22 caliber Colt pistol (SN G22313), one .41 Magnum Ruger pistol (SN 47-84065), one .22 caliber Ruger pistol (SN 21-43590), one .22 caliber High-Standard pistol (SN 2412730), one .22 caliber Smith and Wesson pistol (SN UAH5654), one .44 caliber Ruger pistol (SN 140-35483), one .25 caliber Sterling Arms pistol (SN 82732), in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

## Count 5

Beginning on or about a date unknown to the Grand Jury, and continuing through August 12, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and**
**CHRISTINA CHILDS,**

the defendants herein, unlawfully, knowingly and intentionally used and maintained a place

at 1001 W. Marlboro in Wichita, Kansas, for the purpose of manufacturing, distributing and

using controlled substances.

In violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United

States Code, Section 2.

## Count 6

On or about August 12, 2009, in the District of Kansas,

**JEFFREY A. CHILDS,**

the defendant herein, having been previously convicted  for a crime punishable for a term

exceeding one year, did unlawfully and willfully possess a firearm, in and affecting interstate

commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 7

On or about August 13, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and**
**RONALD CHILDS,**

the defendants herein, did unlawfully, knowingly and intentionally possess with intent to

distribute 50 grams and more of a mixture and substance containing a detectable amount of

methamphetamine, a controlled substance.

4

In violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

## Count 8

On or about August 13, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and
RONALD CHILDS,**

the defendants herein, did unlawfully, knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

## Count 9

On or about August 13, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and
RONALD CHILDS,**

the defendants herein, did unlawfully, knowingly and intentionally possess with intent to distribute 100 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

## Count 10

On or about August 13, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and
RONALD CHILDS,**

the defendants herein, did knowingly possess a firearm, that is, one .22 caliber Marlin rifle (SN 23748501), one rifle (SN NX1995), one rifle (SN N4742), one .22 caliber Herbert Schmidt pistol (SN 58058), one .25 caliber FIE pistol (SN ED08754), one .12 gauge JC Higgins shotgun (unknown serial number), one .22 caliber Revelation rifle (SN 6861667), one 12 ga. Savage shotgun (SN 558076), one .22 caliber CBC rifle (SN E017685), one Winchester rifle (SN 3223232), one .38 caliber Taurus pistol (SN LH95297), one .22 caliber FIE pistol (SN TY12027), one .22 caliber Colt pistol (SN 1502G), one .22 caliber Smith and Wesson pistol (SN 76799), and one .22 caliber FIE pistol (SN TX36069), in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Sections 924(c) and 2.

## Count 11

Beginning on or about a date unknown to the Grand Jury, and continuing through August 13, 2009, in the District of Kansas,

**JEFFREY A. CHILDS, and
RONALD CHILDS,**

the defendants herein, unlawfully, knowingly and intentionally used and maintained a place at 3214 S. Water in Wichita, Kansas, for the purpose of manufacturing, distributing and using controlled substances.

In violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.

## Forfeiture Allegations

The Grand Jury further alleges:

**A.**    **Title 21, United States Code, Section 853**

As a result of committing the foregoing offenses alleged in Counts 1 through 3, and 5, of this Indictment, the defendants,

**JEFFREY A. CHILDS, and**
**CHRISTINA CHILDS,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, all property, real and personal, that constitutes or is derived from proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1.    Money Judgment

A sum of money equal to $739,170.00 in United States currency, representing the amount of proceeds obtained as a result of the offense in Counts 1 through 3, for which the defendants are liable.

2.    United States Currency

Approximately $19,122.30 in United States currency, more or less, seized on August 13, 2009, in Wichita, Kansas.

3.       Firearms and Ammunition

    a.       One 12 ga. Winchester shotgun (SN L629149);

    b.       One 12 ga. Remington shotgun (SN X086257M);

    c.       One 8 mm Mauser rifle (SN D8391 and D3719);

    d.       One 410 ga. Harrington & Richardson shotgun (SN HM257867);

    e.       One 9mm Hi-Point rifle (SN B29187);

    f.       One .22 caliber Ruger rifle (SN 125-32583);

    g.       One 12 ga. Mossberg shotgun (SN 805097);

    h.       One 380 Remington pistol (SN PA26004);

    i.       One 20 ga. New England shotgun (SN NF359871);

    j.       One 410 ga. New England  shotgun (SN NM312911);

    k.       One 20 ga. Mossberg shotgun (SN K754186);

    l.       One .22 caliber Marlin rifle (SN 3234707);

    m.       One .357 Magnum Ruger pistol (SN 36-03984);

    n.       One .22 caliber Colt pistol (SN G22313);

    o.       One .41 Magnum Ruger pistol (SN 47-84065);

    p.       One .22 caliber Ruger pistol (SN 21-43590);

    q.       One .22 caliber High-Standard pistol (SN 2412730);

    r.       One .22 caliber Smith and Wesson pistol (SN UAH5654);

    s.       One .44 caliber Ruger pistol (SN 140-35483); and

    t.       One .25 caliber Sterling Arms pistol (SN 82732).

4.      Real Property

      a.      One parcel of property commonly referred to as 3214 S. Water, Wichita, Kansas;

      b.      One parcel of property commonly referred to as 1001 Marlboro, Wichita, Kansas;

      c.      One parcel of property commonly referred to as Lots 471 and 473, Sportsman Lane, Fall River, Kansas.

All in violation of Title 21, United States Code, Section 853.

**B.      Title 18, United States Code, Section 924(d)**

As a result of committing the offense alleged in Count 4 of this Indictment, the defendants,

**JEFFREY A. CHILDS, and**
**CHRISTINA CHILDS,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

      a.      One 12 ga. Winchester shotgun (SN L629149);

      b.      One 12 ga. Remington shotgun (SN X086257M);

      c.      One 8 mm Mauser rifle (SN D8391 and D3719);

      d.      One 410 ga. Harrington & Richardson shotgun (SN HM257867);

      e.      One 9mm Hi-Point rifle (SN B29187);

f.      One .22 caliber Ruger rifle (SN 125-32583);

g.      One 12 ga. Mossberg shotgun (SN 805097);

h.      One 380 Remington pistol (SN PA26004);

i.      One 20 ga. New England shotgun (SN NF359871);

j.      One 410 ga. New England  shotgun (SN NM312911);

k.      One 20 ga. Mossberg shotgun (SN K754186);

l.      One .22 caliber Marlin rifle (SN 3234707);

m.      One .357 Magnum Ruger pistol (SN 36-03984);

n.      One .22 caliber Colt pistol (SN G22313);

o.      One .41 Magnum Ruger pistol (SN 47-84065);

p.      One .22 caliber Ruger pistol (SN 21-43590);

q.      One .22 caliber High-Standard pistol (SN 2412730);

r.      One .22 caliber Smith and Wesson pistol (SN UAH5654);

s.      One .44 caliber Ruger pistol (SN 140-35483); and

t.      One .25 caliber Sterling Arms pistol (SN 82732).

In violation of Title 18, United States Code, Sections 922(g) and 924(d), and Title 28, United States Code, Section 2461.

## C.   <u>Title 21, United States Code, Section 853</u>

As a result of committing the foregoing offenses alleged in Counts 7 through 9, and 11, of this Indictment, the defendants,

**JEFFREY A. CHILDS, and
RONALD CHILDS,**

shall forfeit to the United States pursuant to 21 U.S.C. § 853, all property, real and personal,

that constitutes or is derived from proceeds obtained, directly or indirectly, as a result of the

said violations and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of the said violations, including but not limited to the

following:

       1.      Money Judgment

A sum of money equal to $739,170.00 in United States currency, representing the

amount of proceeds obtained as a result of the offense in Counts 7 through 9, for which the

defendants are liable.

       2.      United States Currency

Approximately $5,662.66 in United States currency, more or less, seized on August

13, 2009, in Wichita, Kansas.

       3.      Firearms and Ammunition

           a.      One .22 caliber Marlin rifle (SN 23748501);

           b.      One rifle (SN NX1995);

           c.      One rifle (SN N4742);

           d.      One .22 caliber Herbert Schmidt pistol (SN 58058);

           e.      One .25 caliber FIE pistol (SN ED08754);

           f.      One .12 gauge JC Higgins shotgun (unknown serial number);

g.      One .22 caliber Revelation rifle (SN 6861667);

h.      One 12 ga. Savage shotgun (SN 558076);

i.      One .22 caliber CBC rifle (SN E017685);

j.      One Winchester rifle (SN 3223232);

k.      One .38 caliber Taurus pistol (SN LH95297);

l.      One .22 caliber FIE pistol (SN TY12027);

m.      One .22 caliber Colt pistol (SN 1502G);

n.      One .22 caliber Smith and Wesson pistol (SN 76799); and

o.      One .22 caliber FIE pistol (SN TX36069).

4.      Real Property

a.      One parcel of property commonly referred to as 3214 S. Water, Wichita, Kansas;

b.      One parcel of property commonly referred to as 1001 Marlboro, Wichita, Kansas;

c      One parcel of property commonly referred to as Lots 471 and 473, Sportsman Lane, Fall River, Kansas.

All in violation of Title 21, United States Code, Section 853.

**D.      Title 18, United States Code, Section 924(d)**

As a result of committing the offense alleged in Count 10 of this Indictment, the defendants,

**JEFFREY A. CHILDS, and**
**RONALD CHILDS,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and

Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the

commission of the offenses, including but not limited to the following:

       a.      One .22 caliber Marlin rifle (SN 23748501);

       b.      One rifle (SN NX1995);

       c.      One rifle (SN N4742);

       d.      One .22 caliber Herbert Schmidt pistol (SN 58058);

       e.      One .25 caliber FIE pistol (SN ED08754);

       f.      One .12 gauge JC Higgins shotgun (unknown serial number);

       g.      One .22 caliber Revelation rifle (SN 6861667);

       h.      One 12 ga. Savage shotgun (SN 558076);

       i.      One .22 caliber CBC rifle (SN E017685);

       j.      One Winchester rifle (SN 3223232);

       k.      One .38 caliber Taurus pistol (SN LH95297);

       l.      One .22 caliber FIE pistol (SN TY12027);

       m.      One .22 caliber Colt pistol (SN 1502G);

       n.      One .22 caliber Smith and Wesson pistol (SN 76799); and

       o.      One .22 caliber FIE pistol (SN TX36069).

In violation of Title 18, United States Code, Sections 922(g) and 924(d), and Title 28, United States Code, Section 2461.

A TRUE BILL

  3/3/2010                                            s/ Foreman
DATE                                                  FOREMAN OF THE GRAND JURY


  s/ Lanny D. Welch
LANNY D. WELCH
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
(316) 269-6481
Ks. District Ct. No. 13267

(It is requested that trial be held in Wichita, Kansas.)

14