

200 West Douglas,
Suite 350
Wichita Ks. 67202.
Tel. (316) 264-2023
Fax (316) 264-1919

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 10-10043 |
| ) | |
| Christina Childs, ) | |
| Defendant. ) | |
| _____ ) | |

MOTION FOR ONE WEEK EXTENSION OF DEADLINE TO FILE PRE-TRIAL MOTIONS

COMES NOW the defendant, Christina Childs, by and through her attorney, Carl F.A. Maughan, and moves the court for an extension of time in which to file pre trial motions on behalf of the defendant. In support of said motion Counsel states as follows:

1. The scheduling order issues by the court ordered pre trial defense motion to be filed 20 days after disclosure by the government.
2. Counsel received discovery from the government on April 13, 2010. The discovery was mailed on April 12, 2010. The Discovery was voluminous containing in excess of 517 pages of documents.
3. Counsel for Defendant Christina Childs was in the process of reviewing discovery and preparing motions to be filed on May 3, 2010. (20 days after receipt of the discovery in compliance with the court's order.)
4. The completion of the review of the discovery and filing of motions was delayed due to defense counsel's schedule. Counsel for the defense was scheduled to

commence a jury trial in Sedgwick County District Court on May 3, 2010. In addition, defense counsel had three appellate briefs due to be filed with the Kansas Court of Appeals and Supreme Court on May 3, 2010.

5. While counsel's scheduled trial was resolved by a plea on the morning of trial, the defendant in that case did not accept the plea offer until Sunday May 2, 2010. Thus, it was necessary to continue with trial preparation up to the eve of trial.

6. Counsel intended to finalize and file the motions in the instant case on May 3, 2010. However, it does not appear that the motions will be finalized in time to file the same on May 3, 2010 and counsel requests a one week extension of time to file the motions.

7. The instant case is scheduled for trial on June 22, 2010. As such, the late filing of defense motions should not delay the trial.

8. It is in the interest of justice for the court to consider these motions.

WHEREFORE, the defendant prays that the grant an extension of time to file pre trial motions on behalf of the defendant, Christina Childs.

>Respectfully submitted,
>MAUGHAN& MAUGHAN LC
>
>By s/ Carl F. A. Maughan
>Carl F.A. Maughan, S.C. #18447
>Carl@mandmattorneys.com
>*Attorney for Christina Childs*

## CERTIFICATE OF SERVICE

  I hereby certify that on the __3rd__ day of May 2010, I electronically filed the above and foregoing Alibi notice with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties with an interest in this case including, but not limited to the following:

  Debra Barnett, Office of the United States Attorney
  Debra.Barnett@usdoj.gov
  *Representing Plaintiff, United States of America*

  A copy was mailed by first class mail to Christina Childs

           By s/ Carl F. A. Maughan
           Carl F.A. Maughan, S.C. #18447
           *Attorney for Christina Childs*